

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2020

No. 04-20-00107-CV

Douglas **HEDRICK** and Mark Hedrick,
Appellants

v.

**JBRF, LLC,** Lonestar Handgun, LLC, and Joshua Felker,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00267
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

On November 18, 2020, Appellees JBRF LLC, LoneStar Handgun LLC, and Joshua Felker filed their fourth motion for an extension of time to file their brief. On November 19, 2020, Appellees August C. Golla and Debra S. Golla filed their third motion for an extension of time to file their brief. The motions are GRANTED. The appellees' briefs are due on or before **December 7, 2020**. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court